1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                 | CASE NO. 1:24-CR-00179-JLT-SKO
12 |                         Plaintiff,         |
13 |            v.                              | STIPULATION AND PROTECTIVE ORDER
   | SEAN PRESTON BUTLER and STEPHANIE          | (ATTORNEY'S EYES ONLY)
14 | MARIE HAND,                                |
15 |                         Defendants.        |
16

17      WHEREAS, the discovery in this case involves information, including documentation,

18 photographs, audio recordings, and video recordings, related to alleged victims whose private financial

19 and personally identifiable information may be compromised if such information were disclosed (the

20 "Protected Information"); and

21      WHEREAS, the parties desire to have the Protected Information produced to undersigned

22 defense counsel;

23      The parties agree that entry of a stipulated protective order is appropriate.

24      THEREFORE, STEPHANIE MARIE HAND, ("Defendant"), by and through her counsel of

25 record, Roger Humberto Ponce, Jr. ("Defense Counsel"), and the United States of America, by and

26 through Assistant United States Attorney Chan Hee Chu, hereby agree and stipulate as follows:

27      1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

28

STIPULATION FOR PROTECTIVE ORDER                    1

Criminal Procedure, and its general supervisory authority.

2. This Order pertains to the Protected Information. This Order also relates to any verbal communications between the government and Defense Counsel.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents, recordings, or other information, verbal or written, that contain Protected Information with anyone other than defense investigators and support staff. Defense Counsel may <u>not</u> permit Defendant to review unsupervised un-redacted documents, recordings, or other information subject to this protective order. The parties agree that Defense Counsel, defense investigators, and support staff (the "defense team") shall not allow Defendant or anyone else outside of the defense team to copy or retain Protected Information contained in the discovery. Defense counsel may permit Defendant to review and possess discovery if it is redacted of protected information.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. Defense Counsel will return the discovery to the government or certify that it has been destroyed at the conclusion of the case, taking into account defense counsel's ethical obligations.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising Defendant, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel *unless and until* substituted counsel agrees also to be bound by this Order.

8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked. Defense Counsel agrees to return the discovery to the Government in its complete form if the

///
///
///
///

terms of this Order are modified or revoked if so requested by the United States.

      IT IS SO STIPULATED.

                                              Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

Date:  July 24, 2024                          */s/ Chan Hee Chu*
                                              CHAN HEE CHU
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

Date: July 24, 2024                            */s/ Roger Humberto Ponce Jr.*
                                              ROGER HUMBERTO PONCE JR.
                                              Attorney for Defendant
                                              STEPHANIE MARIE HAND

IT IS SO ORDERED.

    Dated:  **July 25, 2024**                          /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE