PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>STEPHANIE MARIE HAND,<br><br>            Defendant. | Case No. 1:24-CR-00179-JLT-SKO<br><br>JOINT STATUS REPORT; STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: September 18, 2024<br>TIME:  1:00 PM<br>COURT: Hon. Sheila K. Oberto |

## JOINT STATUS REPORT

Defendant Stephanie Marie Hand ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for September 18, 2024 be continued to December 18, 2024.

After making her initial appearance on the indictment, Defendant was ordered released subject to pre-trial conditions. [ECF #10, 23]. The United States has provided initial discovery to defense counsel.

Defense counsel requires time to review discovery and consult with his client. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as

requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period September 18, 2024, to December 18, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on September 18, 2024, at 1:00 p.m., may be continued to December 18, 2024, at 1:00p.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 11, 2024      */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: September 11, 2024      */s/ Roger Humberto Ponce, Jr.*
ROGER HUMBERTO PONCE, JR.
Attorney for Defendant
STEPHANIE MARIE HAND

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for September 18, 2024, at 1:00 p.m. is hereby continued to December 18, 2024, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 18, 2024, to December 18, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 9/11/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge