PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHANIE MARIE HAND,<br><br>    Defendant. | Case No. 1:24-CR-00179-JLT-SKO<br><br>JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: December 18, 2024<br>TIME:  1:00 PM<br>COURT: Hon. Sheila K. Oberto |

## **JOINT STATUS REPORT**

Defendant Stephanie Marie Hand ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for December 18, 2024 be continued to January 29, 2025.

After making her initial appearance on the indictment, Defendant was ordered released subject to pre-trial conditions.  [ECF #10, 23].  The United States has provided initial discovery to defense counsel.

Defense counsel recently was able to access discovery but requires more time to review discovery and consult with his client.  The parties have also begun plea negotiations and expect to have a resolution by the continued date of the Status Conference and will likely request vacatur in lieu of a change of plea hearing.  Defense counsel believes that failure to grant the above-requested continuance

would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period December 18, 2024, to January 29, 2025, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1.  The Status Conference currently scheduled on December 11, 2024, at 1:00 p.m., may be continued to January 29, 2025, at 1:00p.m.


Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  December 11, 2024        */s/ Chan Hee Chu*
                                CHAN HEE CHU
                                Assistant United States Attorney
                                Attorney for Plaintiff


Date: December 11, 2024         */s/ Roger Humberto Ponce, Jr.*
                                ROGER HUMBERTO PONCE, JR.
                                Attorney for Defendant
                                STEPHANIE MARIE HAND

# **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for December 18, 2024, at 1:00 p.m. is hereby continued to January 29, 2025, at 1:00 p.m.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 18, 2024, to January 29, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated:   **December 12, 2024**                    /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE